ORIGINAL

SEALED

FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG 1 2 2025


Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RODERICK BERNARD BATTLE,<br>  A/K/A RODERICK BATTLE JR.,<br>  A/K/A LIL ROD | Criminal Indictment<br><br>No.  1 25-CR-367<br><br>Under Seal |

THE GRAND JURY CHARGES THAT:

### Count One
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 846)

Beginning on a date unknown, but at least as of in or about May 2023, and continuing until on or about the date of this Indictment, in the Northern District of Georgia and elsewhere, the defendant, RODERICK BERNARD BATTLE, A/K/A RODERICK BATTLE JR., A/K/A LIL ROD, did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with others known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 846.

## Count Two
## Money Laundering Conspiracy
## (18 U.S.C. § 1956(h))

Beginning on a date unknown, but at least as of in or about May 2023, and continuing until on or about the date of this Indictment, in the Northern District of Georgia and elsewhere, the defendant, RODERICK BERNARD BATTLE, A/K/A RODERICK BATTLE JR., A/K/A LIL ROD, did knowingly combine, conspire, confederate, agree and have a tacit understanding with others known and unknown to the Grand Jury, to knowingly conduct and attempt to conduct a financial transaction in and affecting interstate and foreign commerce, which transaction involved the proceeds of a specified unlawful activity, that is, the felonious manufacture, importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, source, ownership, and control of proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), all in violation of Title 18, United States Code, Section 1956(h).

## Count Three
## Possession of Firearm by Convicted Felon
## (18 U.S.C. § 922(g))

On or about June 11, 2025, in the Northern District of Georgia, the defendant, RODERICK BERNARD BATTLE, A/K/A RODERICK BATTLE JR., A/K/A LIL ROD, knowing that he had been previously convicted of the following offense, that is,

Possession of a Firearm by a Felony First Offender Probationer, in the Superior Court of Fulton County, Georgia, on or about November 18, 2024, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess the following firearm, in and affecting interstate and foreign commerce, that is, a Smith & Wesson model M&P-15 semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## Forfeiture

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, RODERICK BERNARD BATTLE, A/K/A RODERICK BATTLE JR., A/K/A LIL ROD, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, including but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense alleged in Count One of this Indictment.

Upon conviction of the offense alleged in Count Two of this Indictment, the defendant, RODERICK BERNARD BATTLE, A/K/A RODERICK BATTLE JR., A/K/A LIL ROD, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved

in such offense, or any property traceable to such property, including, but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of property obtained as a result of the offense alleged in Count Two of this Indictment.

Upon conviction of the offense alleged in Count Three of this Indictment, the defendant, RODERICK BERNARD BATTLE, A/K/A RODERICK BATTLE JR., A/K/A LIL ROD, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in the commission of the offense, including but not limited to the following:

> FIREARM: A Smith & Wesson, model M&P-15, semi-automatic pistol bearing serial number TV90455.

If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A _____TRUE_____ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
  United States Attorney

/s/ Dwayne A. Brown Jr.

DWAYNE A. BROWN JR.
  Assistant United States Attorney
Georgia Bar No. 509554

/s/ John T. DeGenova

JOHN T. DEGENOVA
  Assistant United States Attorney
Georgia Bar No. 940689

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000